DLD-106                                                    NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-1159
_____

IN RE:  BRENNEIS A. NESBITT,

Petitioner
_____

On a Petition for Writ of Mandamus from the
District Court of the Virgin Islands
(Related to D.V.I. Crim. No. 04-cr-00077/D.V.I. Civ. No. 09-cv-00126)
_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
February 2, 2012
Before:  AMBRO, JORDAN AND VANASKIE, Circuit Judges

(Opinion filed February 8, 2012)
_____

OPINION
_____

PER CURIAM

On January 24, 2012, Brenneis Alister Nesbitt filed a petition for writ of

mandamus requesting that we direct the District Court to rule on a motion that he had

filed pursuant to 28 U.S.C. § 2255.  On that same day, the District Court ruled on

Nesbitt's § 2255 motion.  In light of the District Court's action, the question Nesbitt

presented is no longer a live controversy, so we will deny the petition as moot.  See, e.g.,

Lusardi v. Xerox Corp., 975 F.2d 964, 974 (3d Cir. 1992).